**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Jerrell SMITH, a.k.a. Andre**
**Williams, a.k.a. Andre Woods, a.k.a.**
**Andre Smith, Defendant–Appellant.**

**No. 12–12295**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 5, 2013.

Ramona Albin, Michael B. Billingsley, Gregory R. Dimler, Alice H. Martin, Scarlett M. Singleton, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Gregory J. Reid, Law Office of Gregory J. Reid, PC, Warrior, AL, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Gregory J. Reid, counsel for Larry Jerrell Smith in this appeal of the revocation of Smith's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's revocation of supervised release and sentence are **AFFIRMED.**